*audrey*

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

00-6136

RECEIVED

JUL 5 - 2005

2005 JUL -7 A 7:25

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 28, 2005

U.S. DISTRICT COURT
EASTERN DIST. TENN

FILED

JUL - 5 2005

LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Paul Gregory House
    v. Ricky Bell, Warden
    No. 04-8990
    (Your No. 00-6136)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk