IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PAUL GREGORY HOUSE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:96-cv-883 |
| | ) | Judge Mattice |
| RICKY BELL, Warden, | ) | CAPITAL CASE |
| | ) | |
| Respondent. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. §§ 1291 and 2253(a), the respondent in the above-captioned case hereby appeals to the United States Court of Appeals for the Sixth Circuit from the order of this Court entered December 20, 2007, granting a conditional writ of habeas corpus to the petitioner, Paul Gregory House, a prisoner in custody pursuant to the judgment of a State court. [Docket Entry No. 346]

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General & Reporter

/s/ Jennifer L. Smith
JENNIFER L. SMITH
Associate Deputy Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3487
BPR # 16514

**CERTIFICATE OF SERVICE**

  I certify that the foregoing notice was filed electronically on this the 22nd day of January, 2008. A copy of the document will be served via the Court's electronic filing process on: Stephen M. Kissinger, Federal Defender Services of East Tennessee, Inc., 530 South Gay St., Ste 900, Knoxville, TN 37902; and Michael S. Pemberton, Daniel, Pemberton, Scott & Scott, 9539 Kingston Pike, Knoxville, TN 37922

         /s/ Jennifer L. Smith
         JENNIFER L. SMITH
         Associate Deputy Attorney General