CIRCUIT COURT, STATE OF UTAH
SALT LAKE COUNTY, SALT LAKE DEPARTMENT

THE STATE OF UTAH

vs.

PAUL HOUSE     12/19/61

Issued by: __Richard S. Shepherd__

BAIL  $100,000.00
                              Judge

INFORMATION

Criminal No.

Defendant(s)
(Address/DOB)

The undersigned Lynn Jorgensen/Lew Jolley/C Rasmussen-USP under oath stated on information and belief that the defendant(s) committed the crime(s) of:

ESCAPE FROM OFFICIAL CUSTODY, a Second Degree Felony, in Salt Lake County, State of Utah, on or about May 16, 1984, in violation of Title 76, Chapter 8, Section 309, Utah Code Annotated 1953, as amended, in that the defendant, PAUL HOUSE, a party to the offense, did escape from official custody, to-wit: confinement at the Utah State Prison;

PROBABLE CAUSE STATEMENT: Affiant an investigator for the Division of Corrections is informed by reports of Mower of the Bonneville Correction Center as well as records of the Utah State Prison that the defendant was sentenced to a term of 5-Life (Five to Life) on March 17, 1981 and has not been pardoned, paroled, or terminated and that on the above date he did leave the Bonneville Correction Center in which he was housed, on a work search and did not return at his designated time and cannot be found.

Affiant

This information is based on
evidence obtained from the
following witnesses:
Mower
Beverly Tisher
Gomez

Subscribed and sworn to me this ___
day of __May__, 1984

Judge

Authorized for presentment and filing:

TED CANNON / COUNTY ATTORNEY
_____ / DEPUTY

0000055

Case 3:96-cv-00883   Document 359-2   Filed 03/10/08   Page 1 of 5   PageID #: 220

FILED

FILED IN CLERK'S OFFICE
Salt Lake County, Utah

JUN 20 1984

H. Dixon Hindley, Clerk 3rd Dist. Court
By _____
                Deputy Clerk

TED CANNON
Salt Lake County Attorney
By: ROGER S. BLAYLOCK
Deputy County Attorney
231 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 363-7900

IN THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT

IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | | |
|---|---|---|
| THE STATE OF UTAH, | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT AND COMMITMENT |
| vs. | ) | |
| PAUL HOUSE, | ) | Case No. CR84-700 |
| Defendant. | ) | |

On the 15th day of June, 1984, before the Honorable Ernest F. Baldwin, appeared Thomas P. Vuyk, the attorney for the State of Utah, and the defendant appeared in person and by counsel, Linda Carter.

The Court having asked if the defendant has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

IT IS ADJUDGED that the defendant is guilty of the offense of Attempted Escape, a third degree felony.

IT IS ADJUDGED that the defendant be confined and imprisoned at the Utah State Prison for the indeterminate term not to exceed five years, and is not fined as provided by law

0000052

for the crime of which the defendant was convicted. Commitment shall issue forthwith.

IT IS ORDERED that N. D. Hayward, Sheriff of Salt Lake County, State of Utah, take the said defendant, Paul House, and deliver said defendant without delay to the Utah State Prison, Draper, Utah, where said defendant shall then and there be confined and imprisoned in accordance with this commitment.

*Copy delivered* *to Judge* *6-20-84*

DATED this 19 day of June, 1984.

BY THE COURT

ATTEST
H. DIXON HINDLEY
Clerk
By _____
Deputy Clerk

_____
ERNEST F. BALDWIN, Judge

Pursuant to the provisions of Section 77-18-5, Utah Code Annotated, 1953 as amended 1980, I recommend that the defendant serve _____ months prior to release or parole.

Comments, including mitigating or aggravating circumstances:

_Escapee — U.S.P._

DATED this 19 day of June, 1984.

ATTEST
H. DIXON HINDLEY
Clerk
By _____
Deputy Clerk

BY THE COURT

_____
ERNEST F. BALDWIN, Judge

0000053

STATE OF UTAH  )
COUNTY OF SALT LAKE ) SS

I, THE UNDERSIGNED, CLERK OF THE DISTRICT COURT
OF SALT LAKE COUNTY, UTAH, DO HEREBY CERTIFY THAT
THE ANNEXED AND FOREGOING IS A TRUE AND FULL
COPY OF AN ORIGINAL DOCUMENT ON FILE IN MY
OFFICE AS SUCH CLERK.
WITNESS MY HAND AND SEAL OF SAID COURT
THIS 5TH DAY OF February, 19 86
H. DIXON HINDLEY, CLERK
_____ DEPUTY

0000054

TENNESSEE BUREAU OF INVESTIGATION

MEMORANDUM

TO: 5A-107

FROM: S.A. Charles Scott

SUBJECT: Homocide-First Degree;
Carolyn Muncey(v);w/f,D.O.B.:12-21-55.
Paul Gregory House(s);w/m,D.O.B.:12-19-61.

Re: Interview of Paul Gregory House (Page 4)

degree felony. He states that he served approximately four and a half years and that at one point he was at a half-way house when he walked off and he received a conviction then for escape. He stated that he was gone approximately five days during this escape and he entered a guilty plea to a third degree felony which was attempt to escape and received a sentence from zero to five years. House states that the parole board only added ninety days to his sentence, that he was supposed to get out in December, 1984 and that he had actually been released on March 12, 1985.

House further stated that he had had an association with Linda Finley who lives Beard Valley Mobile Home Park. And that she does not have a car. House also stated that his parole officer's name was Guy Marney, who was a parole officer in Knoxville, Tennessee and that his parole expired in March, 1987.

0000624