IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

PAUL GREGORY HOUSE,

    Petitioner,

v.                                                    Civil Action
                                                                 No.3:96-cv-883

RICKY BELL, Warden

    Respondent.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:     WARDEN: Lois M. DeBerry Special Needs Facility
                    7575 Cockrill Bend Boulevard
                    Nashville, TN 37243-0469

      We command that you have the body of PAUL GREGORY HOUSE #109390, detained in the LOIS M. DEBERRY SPECIAL NEEDS FACILITY, under your custody as it is said, under commitment of the State of Tennessee under safe and secure conduct, before a United States District Judge on **Wednesday, May 28, 2008, at 10:00 a.m. CDT at the United States District Court for the Middle District of Tennessee, U.S. Courthouse, 801 Broadway, Nashville, Tennessee** here to testify the truth according to his knowledge in the above-styled action. Following said hearing you are to return him to his place of confinement under safe and secure conduct.

   Witness the Honorable HARRY S. MATTICE, JR., United States District Judge, for the Eastern District of Tennessee under seal of said Court the 13TH day of MAY, 2008.

                                                                            CLERK, U.S. DISTRICT COURT

                                                                            By:  s/ Angela Brush
                                                                              Angela Brush, Deputy Clerk