## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **PAUL GREGORY HOUSE**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **Case No: 3:96-CV-883** |
| **v.** | ) | (Mattice/Carter) |
| | ) | |
| **RICKY BELL**, Warden, | ) | **DEATH PENALTY CASE** |
| | ) | |
| Respondent. | ) | |

---

## NOTICE OF APPEAL FROM A JUDGMENT OF THE EASTERN DISTRICT
## OF TENNESSEE TO THE SIXTH CIRCUIT COURT OF APPEALS

---

Notice is hereby given that Paul Gregory House, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on May 28, 2008.

This the 28th day of May, 2008.


Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

s/Stephen M. Kissinger
 Stephen M. Kissinger
 Asst. Federal Community Defender
 800 S. Gay Street, Suite 2400
 Knoxville, TN  37929
 (865) 637-7979

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, the foregoing Notice of Appeal to the Sixth Circuit Court of Appeals was filed electronically.  Notice electronically mailed by the Court's electronic filing system to all parties indicated on the electronic filing receipt. Notice delivered by other means to all other parties via regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

/s/Stephen M .Kissinger