w/v
Notice

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PAUL GREGORY HOUSE | 3:96-cv-883 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| RICKY BELL, Warden | Writ |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Warden, Lois M. DeBerry Special Needs Facility

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

7575 Cockrill Bend Blvd., Nashville, TN 37243-0469

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Clerk, U.S. District Court
800 Market Street, Suite 130
Knoxville, TN 37902

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT

Angela Brush, Deputy Clerk

TELEPHONE NUMBER: (865)545-4228
DATE: 5/13/08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 74
District to Serve No.: 75
Signature of Authorized USMS Deputy or Clerk: SM
Date: 5/13/2008

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

JDIS Entered 5/13/2008
Transferred to District 75 5/13/2008
Closed 5/20/2008

Date of Service: 5/20/2008
Time: pm
Signature of U.S. Marshal or Deputy: SM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 5/20/2008 SERVED IN PERSON

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)