# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 20, 2009

Ms. Dana Hansen Chavis
Mr. James E. Gaylord
Mr. Stephen M. Kissinger
Ms. Jennifer Lynn Smith

Re: Case Nos. 08-5646/08-6155/08-5807, *Paul House v. Ricky Bell*
Originating Case No. 96-00883

Dear Counsel,

The Court issued the enclosed order today in these cases.

Sincerely yours,

s/Audrey Crockett
Case Manager
Direct Dial No. 513-564-7032
Fax No. 513-564-7094

cc: Ms. Patricia L. McNutt

Enclosure

No mandate to issue

Case Nos. 08-5646/08-6155/08-5807

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

PAUL G. HOUSE,

    Petitioner - Appellant Cross-Appellee

v.

RICKY BELL, Warden,

    Respondent - Appellee Cross-Appellant

BEFORE: MERRITT, NORRIS, SILER, Circuit Judges

Upon consideration of the letter briefs filed by the parties consenting to the voluntary dismissal of the above noted appeals,

It is **ORDERED** that the appeals be and they hereby are **DISMISSED.**

**ENTERED BY ORDER OF THE COURT**
Leonard Green, Clerk

Issued: May 20, 2009